# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 03:13-CR-113-MO |
| Plaintiff(s), | ) | |
| | ) | **FINDINGS AND RECOMMENDATION** |
| v. | ) | |
| | ) | |
| STEVEN ROBERT VOLL, | ) | |
| | ) | |
| Defendant(s). | ) | |

I find that Defendant, Steven Robert Voll's, plea of GUILTY in the matter *United States v. Steven Robert Voll; 03:13-CR-113-MO* has been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find that Defendant has admitted facts that prove each of the necessary elements of the crime(s) to which Defendant has pled guilty.

I therefore find and recommend that Defendant's plea of GUILTY be accepted and entered as requested in the Plea Petition and as recommended in the Certificate of Defendant's attorney.

Dated this 4th day of September, 2013.

by _____

Paul Papak
United States Magistrate Judge